

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| RICKEY L. TURNER | 20-10079-JDW |

### AGREED ORDER GRANTING MOTION TO IMPOSE AUTOMATIC STAY

THIS MATTER came before the Court on the Debtor's Motion to Impose Automatic Stay (Dkt. #8) (the "Motion") and the Trustee's Objection to Motion to Impose Automatic Stay (Dkt. #15). The parties have settled the Motion, and the agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Debtor's Motion to Impose Automatic Stay (Dkt. #8) shall be and is hereby granted.

IT IS FURTHER ORDERED, that the automatic stay of §362(a) shall be and is hereby imposed as to all creditors.

IT IS FURTHER ORDERED, that if the Debtor is not current on plan payments at the time when the Trustee determines that this case is ready for confirmation, the Trustee shall give the Debtor (via U.S. Mail) and counsel for the Debtor (via email) notice of such delinquency (the "Notice"), and should such delinquency not be cured within fourteen (14) days from the date the Notice was issued, the case shall be dismissed by subsequent order without further notice of hearing. Should the fourteen (14) day notice period extend beyond the 20th day

of the month, the delinquency to cure shall include the plan payment due that month.

IT IS FURTHER ORDERED, that should the Debtor become sixty (60) days or more delinquent in Chapter 13 plan payments, calculated from the month immediately following the month in which the Chapter 13 plan is confirmed, this case may be dismissed by subsequent order without further notice or hearing.

IT IS FURTHER ORDERED, that if this case is dismissed pursuant to the terms of this order, the Debtor shall be ineligible to be a debtor in a Chapter 13 proceeding, in this or any district, for a period of 180 days.

### ### END OF ORDER ###

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Kimberly Brown Bowling
KIMBERLY BROWN BOWLING
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 N, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645